# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE T. WORTMAN and SHANE W. WORTMAN, individual, and on behalf of all others similarly situated, | ) ) ) | Case No.: 1:18-cv-04894 |
| | ) | The Honorable John J. Tharp Jr. |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC | ) ) ) | |
| Defendant. | ) | |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Rushmore Loan Management Services, LLC moves for an extension of time, up to and including September 11, 2018, to respond to Plaintiffs' complaint, and states as follows:

1.     Rushmore was served on July 24, 2018, and by rule its responsive pleading is currently due on August 14. Fed. R. Civ. P. 12(a)(1)(A)(i).

2.     The undersigned were recently retained as counsel for Rushmore in this matter and need more time to complete their investigation and prepare an answer, motion or other pleading in response to the complaint. Rushmore therefore requests an additional twenty-eight (28) days, up to and including September 11, 2018, to answer, move or otherwise plead in response to the complaint.

3.     Counsel for Plaintiff has no objection to the requested extension.

4.     This motion is made in the interest of justice and not for the purpose of delay.

WHEREFORE, Rushmore Loan Management Services, LLC respectfully requests entry of an order extending its time to answer, move or otherwise plead to the complaint up to and including September 11, 2018, and granting such further relief as the Court finds just and appropriate.

DATED:  August 10, 2018

RUSHMORE LOAN MANAGEMENT SERVICES, LLC


By:_____/s/ David F. Standa_____
        One of Its Attorneys


Ryan M. Holz
*rholz@lockelord.com*
David F. Standa
*dstanda@lockelord.com*
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois  60606
Telephone: 312.443.0700

## **<u>CERTIFICATE OF SERVICE</u>**

I, David F. Standa, an attorney, certify that I caused the foregoing Motion for Extension of Time to be served upon all persons and entities authorized and registered to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) system on August 10, 2018.


          /s/David F. Standa