# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Nicole T. Wortman, et al.

                      Plaintiff,

v.                                                 Case No.: 1:18–cv–04894
                                                 Honorable John J. Tharp Jr.

Rushmore Loan Management Services LLC

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 20, 2018:

      MINUTE entry before the Honorable John J. Tharp, Jr:Status hearing held. Defendant's motion to stay proceedings [12] is denied for reasons stated on the record. Defendant is granted leave to answer or otherwise respond to the complaint by 10/4/18. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.